*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| USA | Case No. 6:23-cr-00294 |
|---|---|
| Plaintiff | |
| VS. | Judge   Robert R Summerhays |
| Leonard C Franques | Magistrate Judge   Carol B Whitehurst |
| Defendant | |

**ORDER**

IT IS ORDERED that <u>Charles W. Galbraith</u> be and is hereby admitted to the bar of this Court pro hac vice on behalf of <u>Leonard C. Franques, IV</u> in the above described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge