# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:23-CR-00294-01 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| LEONARD C FRANQUES (01) | MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER

IT IS HEREBY ORDERED THAT the above captioned case is transferred to District Judge David C. Joseph.

THUS DONE in Chambers on this 15th day of December, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE