U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 2 2024

TONY R. MOORE, CLERK
BY _____
DEPUTY

# WAIVER OF INDICTMENT

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * CRIMINAL NO.  6:23-CR-00294-01 |
| | * |
| VERSUS | * JUDGE  JOSEPH |
| | * MAGISTRATE JUDGE  WHITEHURST |
| LEONARD FRANQUES | * |

I, LEONARD FRANQUES, the above named defendant, who is accused of a violation of 18 U.S.C. § 371, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on the 12th day of January, 2024, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
LEONARD FRANQUES
Defendant

_____
CHARLES GALBRAITH
Jenner & Block LLP

Before  _____
JUDICIAL OFFICER