UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-cr-00294-01 |
| VERSUS | * | JUDGE JOSEPH |
| LEONARD FRANQUES | * | MAGISTRATE JUDGE WHITEHURST |

## ORDER

CONSIDERING THE FOREGOING Government's Motion to Enroll Additional Counsel:

IT IS ORDERED that Steven Loew, be and is hereby enrolled as additional counsel of record for the Government in the above-captioned matter.

Lafayette, Louisiana, this 3rd day of September, 2024.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE