**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  6:23-CR-00294-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **LEONARD C FRANQUES (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### MINUTES OF COURT:
**Sentencing**

| | | | |
|---|---|---|---|
| Date: | Oct. 21, 2025 | Presiding: | Judge David C. Joseph |
| Court Opened: | 1:40 PM | Courtroom Deputy: | Lisa LaCombe |
| Court Adjourned: | 2:44 | Court Reporter: | Cathleen Marquardt |
| Statistical Time: | 1:04 | Courtroom: | Courtroom 1 |
| | | Probation Officer: | Michael Christy |

### APPEARANCES

| | | |
|---|---|---|
| Steven Ian Loew (AUSA) | For | United States of America |
| John Woodley Nickel (AUSA) | For | United States of America |
| Charles W Galbraith (Retained) | For | Leonard C Franques (01) Defendant |
| Alan K Breaud (Retained) | For | Leonard C Franques (01) Defendant |
| Leonard C Franques (01) Defendant | | (Released) |

### PROCEEDINGS

Counsel met in chambers prior to court opening.
Case called for Sentencing.
Defendant sworn and under oath.

### SENTENCING:

**Count 1:** Defendant is committed to the Bureau of Prisons for **12 months**.  Upon release from imprisonment, Defendant shall be on supervised release for **1 year,** with standard, mandatory and the following special condition:

a. Defendant shall provide the U.S. Probation Office with any requested financial information throughout the period of supervised release.

Defendant ordered to pay a fine of **$100,000.00** within thirty (30) days of signing of judgment.

Defendant ordered to pay a $100.00 special assessment, payable immediately to the U.S. Clerk of Court.

Page 2

A Preliminary Order of Forfeiture was signed by the Court on October 20, 2025 [Doc. 63], ordering forfeiture in the amount of $69,300.00 to the United States.

Defendant advised of his right to appeal.  Any appeal must be filed within fourteen (14) days of the Court's judgment.

Defendant shall self-surrender to the Bureau of Prisons facility to which you are assigned on **January 6, 2026, by 2:00 p.m.**

**MOTION:**
The Court GRANTED [50] Sealed Motion.